Gregory Danaher
7901 Quill Gordon Ave
Las Vegas, NV 89149
t: (702) 490-0085

*Plaintiff Pro Se*


JERRY S. BUSBY
Nevada Bar No: 001107
GREGORY A. KRAEMER
Nevada Bar No: 010911
COOPER LEVENSON APRIL
   NIEDELMAN & WAGENHEIM, P.A.
6060 Elton Avenue, Suite A
Las Vegas, NV 89107
jbusby@cooperlevenson.com
gkraemer@cooperlevenson.com
t: (702) 366-1125
f: (702) 366-1857

*Attorneys for Defendant
Firstsource Advantage, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY DANAHER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FIRSTSOURCE ADVANTAGE, LLC,<br><br>　　　　　Defendant. | Case no. 2:13-cv-00128-MMD-PAL<br><br>**JOINT FRCP 26(f) REPORT AND PROPOSED SCHEDULING ORDER**<br><br>**Submitted in Compliance with LR 26-1(e)** |

　　　　Pursuant to Federal Rule of Civil Procedure 26(f), Local Rule 26-1, and Court Order dated March 13, 2013, and the parties' Federal Rule of Civil Procedure 26(f) Conference held on March 21, 2013, Plaintiff Gregory Danaher and Defendant Firstsource Advantage, LLC hereby submit this Joint Rule 26(f) Report and Proposed Scheduling Order.

# JOINT RULE 26(f) REPORT

**1.   What changes should be made in the timing, form, or requirement for disclosures under Rule 26(a), including a statement of when initial disclosures were made or will be made?**

No changes are necessary in the form or requirement for initial disclosures under Rule 26(a). Defendant proposes that initial disclosures be made within two weeks of the scheduling conference.

**2.   Subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused on particular issues.**

Discovery should be limited to the claims and defenses set forth in the pleadings including any future amended complaint(s), including but not limited to Defendant's alleged violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et seq. and the Nevada Revised Statutes 649.370 (NRS), including but not limited to the date, time, frequency, and subject matter of Defendant's collection calls to Plaintiff as well as all written communications between the parties. All Discovery shall be limited according to the Federal Rules of Civil Procedure and the Local Rules of the Court. Plaintiff reserves the right and is entitled to obtain discovery regarding any non-privileged matter that is relevant to his cause of action and any future amended complaint(s), including the existence, description, nature, custody, condition, and location of any documents or other tangible things and the identity and location of persons who know of any discoverable matter. Relevant information need not be admissible at the trial if the discovery appears reasonably calculated to lead to the discovery of admissible evidence.

The parties do not believe that discovery needs to be phased or coordinated.

**3.   Issues about disclosure or discovery of electronically stored information, including the form or forms in which it should be produced.**

Plaintiff has brought up with Defense Attorney Mr. Yeomans, by speaking with him on the telephone and email on the 14th day of March, 2013, that there were issues regarding the need for preserving discoverable information, which were detailed in an email to Defendant on the same day.

4. **Issues about claims of privilege or of protection as trial-preparation materials, including-- if the parties agree on a procedure to assert these claims after production--whether to ask the court to include their agreement in an order.**

Discovery of trial preparation materials is not expected although Defendant and Plaintiff reserves their right to object to the discovery of any such materials to the extent such information that is private, confidential, privileged or protected from disclosure by any constitutional, statutory, or common law privilege, protection, or limitation, including but not limited to attorney-client privilege and attorney work product privilege, conditionally limited to the extent that said objection fully comports with the Federal Rules of Civil Procedure and the Local Rules of the Court.

5. **What changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed?**

There is no need to change any of the discovery limitations imposed by the Federal Rules of Civil Procedure and Local Rules although Defendants and Plaintiff reserve their right to seek such relief from the Court as may become helpful, reasonable, or necessary to these proceedings.

6. **Other orders that the court should issue under Rule 26(c) or under Rule 16(b) and (c).**

The parties propose that the Court issue an order in accordance with the dates and deadlines set forth in the Proposed Scheduling Order.

### PROPOSED SCHEDULING ORDER

| | |
|---|---|
| Last day to amend pleadings or add parties: | June 04, 2013 |
| Expert disclosures: | July 03, 2013 |
| Discovery cutoff: | September 3, 2013 |
| Motion cutoff: | September 30, 2013 |
| Pre-Trial Order: | November 18, 2013 |
| Pre-Trial Disclosures: | November 18, 2013 |
| Trial: | December 16, 2013 |

Any stipulation or motion must be made not later than August 13, 2013 - 21 days before the discovery cut-off date.

Dated:    April 4, 2013

By: _____
Gregory Danaher

*Plaintiff*
Gregory Danaher

Dated:    April 4, 2013

COOPER LEVENSON APRIL
NIEDELMAN & WAGENHEIM, P.A.

By:    /s/ Gregory A. Kraemer
Gregory A. Kraemer

Jerry S. Busby
Nevada Bar No: 001107
Gregory A. Kraemer
Nevada Bar No: 010911
6060 Elton Avenue, Suite A
Las Vegas, NV 89107

Attorneys for Defendant
Firstsource Advantage, LLC

**IT IS SO ORDERED:**

**DATED:**   April 9, 2013    _____
UNITED STATES MAGISTRATE JUDGE

Any stipulation or motion must be made not later than August 13, 2013 - 21 days before the discovery cut-off date.

Dated:   April 4, 2013

By:   *[signature]*
Gregory Danaher

*Plaintiff*
Gregory Danaher

Dated:   April 4, 2013

COOPER LEVENSON APRIL
NIEDELMAN & WAGENHEIM, P.A.

By:   /s/ Gregory A. Kraemer
Gregory A. Kraemer

Jerry S. Busby
Nevada Bar No: 001107
Gregory A. Kraemer
Nevada Bar No: 010911
6060 Elton Avenue, Suite A
Las Vegas, NV 89107

Attorneys for Defendant
Firstsource Advantage, LLC

**IT IS SO ORDERED:**

**DATED:** _____

UNITED STATES MAGISTRATE JUDGE