```
JERRY S. BUSBY
Nevada Bar No: 001107
GREGORY A. KRAEMER
Nevada Bar No: 010911
COOPER LEVENSON APRIL
    NIEDELMAN & WAGENHEIM, P.A.
6060 Elton Avenue, Suite A
Las Vegas, NV 89107
jbusby@cooperlevenson.com
gkraemer@cooperlevenson.com
t: (702) 366-1125
f: (702) 366-1857

Attorneys for Defendant
Firstsource Advantage, LLC
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY DANAHER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FIRSTSOURCE ADVANTAGE, LLC,<br><br>　　　　Defendant. | Case no. 2:13-cv-00128-APG-PAL<br><br>**DEFENDANT FIRSTSOURCE ADVANTAGE, LLC'S OBJECTION TO PLAINTIFF GREGORY DANAHER'S SUPPLEMENT TO FIRST AMENDED COMPLAINT** |

Defendant Firstsource Advantage, LLC hereby Objects to Gregory Danaher's Supplement to His First Amended Complaint. Plaintiff has not been granted leave to amend his Complaint and the deadline to amend the pleadings was June 4, 2013 pursuant to this Court's Scheduling Order dated April 10, 2013. Moreover, Plaintiff's supplemental facts consist of mischaracterizations of Defendant's discovery responses. At no point did

///

///

///

///

Defendant call Plaintiff using an autodialer and Defendant never admitted to that fact in its discovery responses. Defendant requests that Plaintiff's Supplement to His First Amended Complaint be stricken from the record.

Dated this 17th day of July, 2013.

                        COOPER LEVENSON APRIL
                        NIEDELMAN & WAGENHEIM, P.A.

By:    /s/ Gregory A. Kraemer
       Jerry S. Busby
       Nevada Bar No: 001107
       Gregory A. Kraemer
       Nevada Bar No: 010911
       6060 Elton Avenue, Suite A
       Las Vegas, NV 89107
       Attorneys for Defendant
       FIRSTSOURCE ADVANTAGE, LLC

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A. and that on this 17th day of July 2013, I did cause a true copy of the foregoing **DEFENDANT FIRSTSOURCE ADVANTAGE, LLC'S OBJECTION TO PLAITNIFF GREGORY DANAHER'S SUPPLEMENT TO FIRST AMENDED COMPLAINT** to be placed in the United States Mail, with first class postage prepaid thereon, and addressed as follows:

Gregory Danaher
7901 Quill Gordon Avenue
Las Vegas, NV  89149
Plaintiff in Proper Person

By  /s/ Theresa H. Rutkowski
An Employee of
COOPER LEVENSON APRIL
NIEDELMAN & WAGENHEIM, P.A.