GREGORY DANAHER
7901 Quill Gordon Ave
Las Vegas, NV 89149
g.danaher@gmail.com
702-490-0085
PRO SE

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Gregory Danaher,<br><br>        Plaintiff,<br><br>v.<br><br>Firstsource Advantage, LLC,<br><br>        Defendant. | Case No: 2:13-cv-00128-APG-PAL<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT, PARTIES AND THEIR ATTORNEYS:**

**PLEASE TAKE NOTICE** that Defendant Firstsource Advantage, LLC and Plaintiff Gregory Danaher have agreed to settle the above-entitled matter. The parties anticipate that they will finalize the settlement and file a request to dismiss this action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1), no later than 45 days from the date of this Notice. The parties request that the Court take off calendar all future hearing dates in this matter.

Dated this 23rd day of August, 2013.   by: _____
GREGORY DANAHER
7901 Quill Gordon Ave
Las Vegas, NV 89149
g.danaher@gmail.com
702-490-0085
PRO SE

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the above documents, **NOTICE OF SETTLEMENT**, and this Certificate of Service upon the attorney of record for the Defendant in this action, listed below, by mailing a copy thereof, postage prepaid, via first-class U.S. mail to the address listed below, on this 23rd day of August, 2013.

FIRSTSOURCE ADVANTAGE, LLC
C/O Gregory A Kraemer
Of: COOPER LEVENSON
ATTORNEYS AT LAW
6060 Elton Avenue, Suite A
Las Vegas, NV 89107

By: /s/ Gregory Danaher
GREGORY DANAHER
7901 Quill Gordon Ave
Las Vegas, NV 89149
g.danaher@gmail.com
702-490-0085
PRO SE