GREGORY DANAHER
7901 Quill Gordon Ave
Las Vegas, NV 89149
g.danaher@gmail.com
702-490-0085
PRO SE

2013 AUG 26  P 2:06

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Gregory Danaher, | |
| Plaintiff, | Case No: 2:13-cv-00128-APG-PAL |
| v. | |
| Firstsource Advantage, LLC, | |
| Defendant. | |

### PLAINTIFF'S MOTION TO WITHDRAW HIS MOTION TO COMPEL DEFENDANT TO PRODUCE INITIAL DISCLOSURES AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION

Plaintiff, Gregory Danaher, hereby Withdraws his Motion to Compel Defendant to Produce Initial Disclosures, as Defendant has provided a copy of their insurance agreement for inspection and copying and both parties have agreed to an amicable settlement as of today.

Respectfully submitted this 26th day of August, 2013 by:

GREGORY DANAHER
7901 Quill Gordon Ave
Las Vegas, NV 89149
g.danaher@gmail.com
702-490-0085
PRO SE

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the above documents, **PLAINTIFF'S MOTION TO WITHDRAW HIS MOTION TO COMPEL DEFENDANT TO PRODUCE INITIAL DISCLOSURES AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION**, and this Certificate of Service upon the attorney of record for the Defendant in this action, listed below, by mailing a copy thereof, postage prepaid, via first-class U.S. mail to the address listed below, on this 26th day of August, 2013.

FIRSTSOURCE ADVANTAGE, LLC
C/O Gregory A Kraemer
Of: COOPER LEVENSON
ATTORNEYS AT LAW
6060 Elton Avenue, Suite A
Las Vegas, NV 89107

By: _____
GREGORY DANAHER
7901 Quill Gordon Ave
Las Vegas, NV 89149
g.danaher@gmail.com
702-490-0085
PRO SE