# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY DANAHER,<br><br>                Plaintiff,<br><br>vs.<br><br>FIRSTSOURCE ADVANTAGE, LLC,<br><br>                Defendant. | Case No. 2:13-cv-00128-APG-PAL<br><br>**ORDER** |

Before the court is Plaintiff's Motion to Withdraw Motion to Compel (Dkt. #29) (Dkt. #41). The court finds this motion should be granted. As such,

**IT IS ORDERED** that Plaintiff's Motion to Withdraw Motion to Compel (Dkt. #29) (Dkt. #41) is **GRANTED**, and the Motion to Compel (Dkt. #29) shall be **WITHDRAWN.**

Dated this 28th day of August, 2013.

_____
Peggy A. Leen
United States Magistrate Judge